ULYSSES B. BREWSTER, WILLIAM H. SOLOMON, and ISRAEL BROWN, appellants, *v.* EDWARD H. JAMES, and JAMES L. JAMES, appellees.

LOWELL HOLBROOK, THOMAS S. NELSON, and WILLIAM SHEPARD, appellants, *v.* EDWARD H. JAMES, and JAMES L. JAMES, appellees.

*Appeal from Morgan.*

R. YATES, for the appellants.

H. B. McCLURE, for the appellees.

(1) Scam. 250.

*Per Curiam :* The facts in each of these cases, are substantially the same as in the case of Beecher and Anderson *v.* Edward H. and James L. James, and consequently the same judgments are rendered in each of the above causes as in that case.

*Note.* See Lea *v.* Vail, *Post,* and note.